**207 So.2d 416**

**Edward BOYKIN, Jr.**

v.

**STATE.**

**Nos. 1 Div. 403 A–403 D.**

Supreme Court of Alabama.

Feb. 8, 1968.

Rehearing Denied March 7, 1968.

E. Graham Gibbons, Mobile, Donald A. Jelinek, Stephen A. Hopkins and Jas. J. Morrissey, Jr., New York City, for appellant.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

PER CURIAM.

The judgments of the circuit court are affirmed on the authority of Boykin v.

715

State of Alabama, 281 Ala. 659, 207 So.2d 412.

Affirmed.

SIMPSON, MERRILL and COLEMAN, JJ., concur.

LAWSON, J., concurs specially.

LIVINGSTON, C. J., and GOODWYN and HARWOOD, JJ., dissent for the reason set forth in the dissenting opinion in Boykin v. State of Alabama, 281 Ala. 659, 207 So.2d 412.